Christopher J. Reichman, SBN 250485
Justin Prato, SBN 246968
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, CA 92123
Telephone: 619-683-7971
Email: chrisr@prato-reichman.com
*Attorneys for Plaintiff*

**HUNTON ANDREWS KURTH LLP**
Brandon Marvisi (State Bar No. 329798)
Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone: 213-532-2000
Email: bmarvisi@HuntonAK.com

Aliza Malouf
*Admitted pro hac vice*
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: 202-778-2209
Email: amalouf@HuntonAK.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED FIRST BANK, S.B.,<br><br>Defendant. | Case No.: Case 8:22-cv-01219<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 27, 2022 |

Pursuant to Federal Rule of Civil Procedures 41(a), Plaintiff Paul Sapan, by and through his counsel of record, hereby requests dismissal of this matter with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims.  Defendant, Allied First Bank, S.B., by and through its counsel of record, hereby stipulates to Plaintiff's request.  Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

**IT IS SO STIPULATED.**

DATED:  December 14, 2022          **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff,
PAUL SAPAN and the Proposed Class

DATED:  December 14, 2022          **HUNTON ANDREWS KURTH LLP**

  /s/ Brandon Marvisi
 By: Brandon Marvisi
Hunton Andrews Kurth LLP
Attorneys for Defendant
ALLIED FIRST BANK, S.B

### Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)

I, Justin Prato, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/Justin Prato, Esq.
By: Justin Prato, Esq.

2
STIPULATION OF DISMISSAL WITH PREJUDICE