# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED FIRST BANK, S.B.,<br><br>Defendant. | Case No.: Case 8:22-cv-01219<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   June 27, 2022 |

**ORDER**

The Court, having considered the Parties' Stipulation of Dismissal, hereby ORDERS that:

1. Plaintiff's individual claims in the above-captioned action are dismissed with prejudice;
2. The claims of the putative class members in the above-captioned action are dismissed without prejudice;
3. Each party is to bear its own fees and costs; and
4. The Court retains jurisdiction to enforce the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated:   December 14, 2022

*David O. Carter*
Honorable David O. Carter
United States District Judge